BENJAMIN H. STANTON, PLAINTIFF IN ERROR, v. THE BOARD OF EDUCATION OF NEPTUNE CITY ET AL., DEFENDANTS IN ERROR.

Submitted July 8, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Acton C. Hartshorne.*

For the defendants in error, *Ruliff V. Lawrence.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in that court, reported in 39 *Vroom* 496.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, SWAYZE, VREDENBURGH, VROOM, GREEN, GRAY. 9.

*For reversal*—None.